CUPY

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gillmor, Helen | 2. Court or Organization U. S. Disrict Court | 3. Date of Report 03/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 300 Ala Moana Blvd. Room C-400 Honolulu, HI 96850-0400 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hawaii Womens Legal Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAR 30 A 11: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | earned income |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Louisiana Ass'n. of Defense Counsel | Kapalua, Hawaii, 4/22-27/06, speaker at annual meeting (airfare, lodging, some meals) |
| 2. | George Mason U. Law & Economics Center | La Jolla, California, 10/9-12/06, Renaissance Humanism seminar (airfare, lodging, registration, partial ground transportation, meals) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | D | Dividend | N | T | | | | | |
| 2.  - Brokerage Money Mkt Fund | | | | | | | | | |
| 3.  - Chicos FAS Inc. Com | | | | | buy | 07-06 | J | | |
| 4. | | | | | buy | 08-09 | J | | |
| 5. | | | | | buy | 09-06 | J | | |
| 6.  - Cisco Systems Inc Com | | | | | sell | 08-09 | K | C | |
| 7.  - Citigroup Inc. Com | | | | | partial sale | 05-23 | J | B | |
| 8.  - Cohen & Steers Reit Pref Bal Inc. Com | | | | | buy | 03-30 | K | | |
| 9. | | | | | partial sale | 11-29 | J | · B | |
| 10.  - CSX Corp. Com | | | | | buy | 08-09 | J | | |
| 11. | | | | | buy | 08-24 | J | | |
| 12.  - Foster Wheeler Com | | | | | buy | 05-12 | J | | |
| 13. | | | | | buy | 06-12 | J | | |
| 14.  - GE Com | | | | | | | | | |
| 15.  - Hershey Co. Com | | | | | buy | 04-20 | J | | |
| 16.  - Host Marriott Corp. Com nka Host Hotels & Resorts | | | | | partial sale | 06-01 | K | D | |
| 17.  -HRPT Properties Trust Reit Com Sh Ben | | | | | partial sale | 11-30 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Intel Corp. Com | | | | | | | | | |
| 19.  - Microsoft Com | | | | | | | | | |
| 20.  -Post Properties Inc. Com | | | | | sell | 03-29 | K | C | |
| 21.  - Sherwin Wms. Com | | | | | buy | 03-06 | J | | |
| 22. | | | | | sell | 04-18 | J | B | |
| 23.  -Sovereign Bancorp Inc. Com | | | | | | | | | |
| 24.  - Starbucks Corp. Com | | | | | buy | 11-30 | J | | |
| 25.  - Baron Asset Fund | | | | | | | | | |
| 26.  - Gabelli Asset Fund | | | | | | | | | |
| 27.  - Janus Mercury Fund | | | | | | | | | |
| 28.  - Mgrs Cap App Fund nka Mgrs AMG Essex Lge Cap Gr. F | | | | | | | | | 7/1/06 name change |
| 29.  - Laudus Int'l Mktmstrs | | | | | | | | | |
| 30.  - Prestige Brands Holdings | | | | | | | | | |
| 31.  Brokerage Account #1 | | | | | | | | | |
| 32.  - money market fund | A | Interest | J | T | | | | | |
| 33.  Scopia PX, LLC | | | M | T | | | | | |
| 34.  IRA #2 | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Brokerage Money Mkt Fund | | | | | | | | | |
| 36. - Archer Daniels Com | | | | | buy | 11-24 | J | | |
| 37. - Arena Pharmaceuticals Com | | | | | buy | 05-15 | J | | |
| 38. | | | | | sell | 10-18 | J | B | |
| 39. - Banco Itau Hldg Fin ADRF | | | | | buy | 11-24 | J | | |
| 40. -Cerner Corp Com | | | | | buy | 04-24 | J | | |
| 41. | | | | | buy | 06-08 | J | | |
| 42. | | | | | buy | 07-13 | J | | |
| 43. | | | | | partial sale | 09-12 | J | B | |
| 44. | | | | | sell | 10-09 | J | C | |
| 45. - Cohen & Steers Reit Pref Bal Inc. | | | | | buy | 04-07 | J | | |
| 46. | | | | | buy | 04-10 | J | | |
| 47. | | | | | buy | 10-19 | J | | |
| 48. | | | | | partial sale | 11-16 | J | B | |
| 49. | | | | | partial sale | 12-01 | J | B | |
| 50. - Companhia Vale Com | | | | | buy | 11-13 | J | | |
| 51. - Crocs Inc. Com | | | | | buy | 12-01 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Diageo PLC | | | | | buy | 12-04 | K | | |
| 53. - HRPT Properties Trust | | | | | buy | 02-08 | J | | |
| 54. | | | | | partial sale | 11-20 | K | C | |
| 55. | | | | | partial sale | 12-12 | J | B | |
| 56. - IFLow Corp Com | | | | | buy | 05-17 | J | | |
| 57. - Magyar Telekom Com | | | | | buy | 11-17 | J | | |
| 58. - Palomar Med Tech | | | | | buy | 11-27 | J | | |
| 59. - Peabody Energy Corp Com | | | | | buy | 08-29 | J | | |
| 60. | | | | | buy | 09-12 | J | | |
| 61. - Univsl Health Rlty Inc Com | | | | | partial sale | 10-30 | K | B | |
| 62. | | | | | partial sale | 11-15 | J | A | |
| 63. | | | | | partial sale | 11-16 | J | A | |
| 64. - Rite Aid Corp Com | | | | | partial sale | 03-27 | J | C | |
| 65. | | | | | partial sale | 04-10 | J | B | |
| 66. | | | | | partial sale | 04-20 | J | B | |
| 67. | | | | | partial sale | 04-26 | J | C | |
| 68. | | | | | partial sale | 05-31 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | sell | 08-17 | J | C | |
| 70.   - Salton Inc. Com | | | | | | | | | |
| 71.   - Windstream Corp Com | | | | | buy | 10-19 | J | | |
| 72.   - World Wrestling Entert. Com | | | | | buy | 11-01 | K | | |
| 73.   IRA #3 | A | Dividend | J | T | | | | | |
| 74.   - Brokerage Money Mkt Fund | | | | | | | | | |
| 75.   - Angiodynamics Inc. Com | | | | | buy | 05-18 | J | | |
| 76. | | | | | buy | 08-16 | J | | |
| 77.   - Nortel Networks Com | | | | | sell | 08-15 | J | | |
| 78.   HRPT Properties Trust | B | Dividend | J | T | | | | | |
| 79.   SBC Communications Inc Com nka AT&T | A | Dividend | J | T | | | | | |
| 80.   Brokerage Muni Money Fund | A | Dividend | J | T | | | | | |
| 81.   Washington Mutual Inc Com | | None | | | sell | 04-06 | K | B | |
| 82.   Trust #1 | D | Dividend | O | T | | | | | |
| 83.   - Abbott Labs Com | | | | | | | | | |
| 84.   - Adobe Sys Inc. | | | | | buy | 05-10 | J | | |
| 85.   - Alcan Inc Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V –Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Altera Corp Com | | | | | | | | | |
| 87. - Am Intl Group Inc Com | | | | | | | | | |
| 88. - Amgen Inc Com | | | | | | | | | |
| 89. - Anadarko Pete Corp Com | | | | | | | | | |
| 90. -Applied Matls Inc Com | | | | | | | | | |
| 91. - AT&T Inc. | | | | | | | | | |
| 92. - Bank of America Corp Com | | | | | | | | | |
| 93. - CVS Corp Com | | | | | partial sale | 05-30 | J | A | |
| 94. - Centurytel Inc Com | | | | | | | | | |
| 95. - Compass Bancshares Inc Com | | | | | | | | | |
| 96. - Constellation Brands Inc. Com | | | | | partial sale | 05-30 | J | | |
| 97. - Cooper Ind Ltd Com | | | | | sell | 03-28 | J | D | |
| 98. - Devon Energy Corp Com | | | | | | | | | |
| 99. - Dupont E I De Nemours & Co Com | | | | | | | | | |
| 100. - Emerson Elec Co Com | | | | | | | | | |
| 101. - Exxon Mobil Corp Com | | | | | | | | | |
| 102. - First Data Corp Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Forest Labs Inc Com | | | | | | | | | |
| 104. - Freeport-McMoran Copper & Gold Com | | | | | | | | | |
| 105. - Gannett Inc Com | | | | | | | | | |
| 106. - GE Com | | | | | | | | | |
| 107. - Gen Mls Inc Com | | | | | | | | | |
| 108. - Harrahs Entmt Inc. Com | | | | | | | | | |
| 109. - Hewlett Packard Co Com | | | | | | | | | |
| 110. - Honeywell Intl Inc Com | | | | | | | | | |
| 111. - IBM Com | | | | | | | | | |
| 112. - Idearc Inc. Com | | | | | spinoff | 11-20 | J | | from Verizon |
| 113. - Intel Corp Com | | | | | | | | | |
| 114. - Jefferson Pilot Corp Com nka Lincoln Nat'l Corp | | | | | merger | 04-14 | J | | merge w/Lincoln Nat'l Corp |
| 115. - JP Morgan Chase & Co Com | | | | | | | | | |
| 116. - Kerr McGee Corp Com | | | | | cash merger | 08-11 | J | D | settlement w/Anadarko Pete |
| 117. - Lehman Bros Hldgs Inc Com | | | | | | | | | |
| 118. - Lowes Cos Inc Com | | | | | | | | | |
| 119. - Medtronic Inc Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - 3M Co Com | | | | | | | | | |
| 121. - North Fork Bancorporation NY Com | | | | | sell | 05-30 | J | A | |
| 122. - Oracle Corp Com | | | | | | | | | |
| 123. - Pepsico Inc Com | | | | | | | | | |
| 124. - Pfizer Inc Com | | | | | | | | | |
| 125. - Praxair Inc Com | | | | | partial sale | 05-30 | J | B | |
| 126. - Proctor & Gamble Co Com | | | | | | | | | |
| 127. - Siebel Systems Inc Com | | | | | sell | 01-18 | J | | |
| 128. - Southern Co Com | | | | | | | | | |
| 129. - St Paul Travelers Cos Inc Com | | | | | | | | | |
| 130. - Target Corp Com | | | | | | | | | |
| 131. - Tronox Inc. Com | | | | | spinoff | 03-31 | J | | from Kerr McGee |
| 132. | | | | | partial sale | 04-11 | J | A | |
| 133. | | | | | sell | 05-03 | J | A | |
| 134. - Verizon Communications Com | | | | | | | | | |
| 135. - Walgreen Co Com | | | | | | | | | |
| 136. - Wells Fargo Co Com | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
        U =Book Value               W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Western Union Co Com | | | | | spinoff | 10-02 | J | | from First Data Corp |
| 138. - Key Trust Small Cap Fd | | | | | | | | | |
| 139. - Key Trust Me Tax-Exempt Bond | | | | | buy | 05-31 | J | | |
| 140. - Key Trust Money Mkt Fund | | | | | | | | | |
| 141. Penobscot Trading, Honolulu, HI Com | | None | J | U | | | | | |
| 142. New York Life Ins | B | Dividend | L | U | | | | | |
| 143. New York Life Ins | B | Dividend | L | U | | | | | |
| 144. Mony Life Ins | A | Interest | J | U | | | | | |
| 145. Washington Nat Life Ins | A | Dividend | J | U | | | | | |
| 146. Molokai Inv Assoc L P 3% interest | | None | | | sell | 10-30 | J | | |
| 147. Abbott Labs Com | A | Dividend | J | T | | | | | |
| 148. Alcan Inc | A | Dividend | J | T | | | | | |
| 149. Wellpoint Inc. | | None | K | T | | | | | |
| 150. Apache Corp Com | A | Dividend | K | T | | | | | |
| 151. Barr Pharmaceuticals Inc. Com | | None | J | T | | | | | |
| 152. Berkeley W.R. Corp Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 153. Biomet Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BJ Svcs Co Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 155. Black & Decker Corp Com | A | Dividend | K | T | | | | | |
| 156. Boston Scientific Corp Com | | None | | | sell | 04-07 | J | | |
| 157. CVS Corp Com | A | Dividend | J | T | | | | | |
| 158. Camden Natl Corp Com | C | Dividend | M | T | partial sale | 04-07 | K | D | |
| 159. | | | | | partial sale | 05-30 | K | D | |
| 160. | | | | | partial sale | 09-19 | J | D | |
| 161. Centex Corp Com | A | Dividend | J | T | | | | | |
| 162. Costco Wholesale Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 163. Devon Energy Corp Com | A | Dividend | K | T | | | | | |
| 164. Ebay Inc Com | | None | J | T | | | | | |
| 165. Emdeon Corp Com | | None | J | T | buy | 04-07 | J | | |
| 166. Exelon Corp Com | A | Dividend | K | T | | | | | |
| 167. Exxon Mobil Corp Com | A | Dividend | K | T | partial sale | 04-07 | J | B | |
| 168. First Data Corp Com | A | Dividend | J | T | | | | | |
| 169. First Horizon Nat'l Corp Com | A | Dividend | | | sell | 09-19 | J | | |
| 170. Forest Labs Inc Com | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FPL Group Inc Com | A | Dividend | K | T | | | | | |
| 172. Gannett Inc Com | A | Dividend | | | sell | 04-07 | J | D | |
| 173. Gen. Dynamics Corp Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 174. Gen Elec Co Com | A | Dividend | | | sell | 04-07 | J | C | |
| 175. General Mls Inc Com | A | Dividend | J | T | | | | | |
| 176. Gilead Sciences Inc. Com | | None | J | T | buy | 04-07 | J | | |
| 177. Grainger WW Inc Com | A | Dividend | J | T | | | | | |
| 178. Honeywell Intl Inc Com | A | Dividend | J | T | | | | | |
| 179. Idearc Inc. Com | | None | J | T | spinoff | 11-20 | J | | from Verizon |
| 180. Illinois Tool Works Inc. Com | A | Dividend | J | T | | | | | |
| 181. IBM Com | A | Dividend | | | sell | 04-07 | K | | |
| 182. Kerr McGee Corp Com | A | Dividend | | | cash merger | 08-11 | J | D | |
| 183. Keycorp New Com | A | Dividend | J | T | | | | | |
| 184. Leggett & Platt Inc. Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 185. Lehman Bros Hldgs Inc Com | A | Dividend | K | T | | | | | |
| 186. Lincoln Intl Corp Com | A | Dividend | J | T | | | | | |
| 187. Lowes Cos Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Masco Corp Com | A | Dividend | | | sell | 01-31 | J | B | |
| 189. Nokia Corp Com | A | Dividend | J | T | | | | | |
| 190. Pepsico Inc Com | A | Dividend | K | T | | | | | |
| 191. Praxair Inc Com | A | Dividend | J | T | | | | | |
| 192. Proctor & Gamble Co Com | A | Dividend | J | T | | | | | |
| 193. RPM Intl Inc Com | A | Dividend | J | T | | | | | |
| 194. Siemens AG Com | | None | J | T | buy | 04-07 | J | | |
| 195. Southern Co Com | A | Dividend | J | T | | | | | |
| 196. Staples Inc. Com | A | Dividend | J | T | | | | | |
| 197. Starbucks Corp Com | | None | J | T | | | | | |
| 198. St. Paul Travelers Cos. Inc. Com | A | Dividend | J | T | | | | | |
| 199. Stryker Corp Com | | None | J | T | | | | | |
| 200. Symantec Corp Com | | None | | | sell | 04-07 | J | | |
| 201. Target Corp Com | A | Dividend | J | T | buy | 04-07 | J | | |
| 202. Teva Pharmaceutical Inds Ltd Com | A | Dividend | J | T | | | | | |
| 203. Textron Inc Com | A | Dividend | J | T | | | | | |
| 204. Tronox Inc. Com | A | Dividend | | | spinoff | 03-31 | J | | from Kerr McGee |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | sell | 06-28 | J | A | |
| 206. U S Bancorp Com | A | Dividend | J | T | | | | | |
| 207. United Health Group Inc Com | A | Dividend | K | T | partial sale | 04-07 | J | C | |
| 208. Verizon Comm Com | A | Dividend | J | T | | | | | |
| 209. Wells Fargo Co Com | A | Dividend | J | T | | | | | |
| 210. Western Union Com | A | Dividend | J | T | spinoff | 10-02 | J | | from First Data |
| 211. 3M Co Com | A | Dividend | K | T | | | | | |
| 212. Victory Spec Value Fd | A | Dividend | K | T | | | | | |
| 213. Victory Tax Free Money Mkt Fd | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, Page 14, Line 186 - corrects typographical error from Lincoln Intl Corp Com to Lincoln Natl Corp Com.



| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 03/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                    Date  3 . 23 . 07

NOTE: A... ...LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIM... ...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544